# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRENDA EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: |
| ) | 1:07-CV-2396-BBM-CCH |
| NIAGARA CREDIT SOLUTIONS, ) | |
| INC., a New York Corporation, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW Defendant Niagara Credit Solutions, Inc. and hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's Order entered on November 13, 2008, which adopted the Magistrate Judge's recommendation dated October 21, 2008, in the above-styled case. The Clerk of Court is requested to omit nothing from the record on appeal.

This 14th day of December, 2008.

                Respectfully submitted,

                THOMERSON SPEARS & ROBL LLC

    By:  /s/ Michael D. Robl_____
              Michael D. Robl
              Georgia State Bar No. 610905
              Attorney for Defendant

104 Cambridge Avenue
Decatur, Georgia 30030
Telephone: (404) 373-5153
Facsimile: (404) 373-5159
E-mail: mdrobl@tsrlaw.com

## **CERTIFICATE OF COMPLIANCE WITH LR 5.1(B) AND 7.1(D)**

Pursuant to this Court's Local Rules 5.1(b) and 7.1(d), I certify that this document has been prepared with one of the fonts and point selections approved by the Court in LR 5.1(b), to wit: Times New Roman, 14 point.

                                        THOMERSON SPEARS & ROBL LLC

                              By: /s/ Michael D. Robl_____
                                      Michael D. Robl
                                      Georgia State Bar No. 610905
                                      Attorney for Defendant

104 Cambridge Avenue
Decatur, Georgia 30030
Telephone: (404) 373-5153
Facsimile: (404) 373-5159
E-mail: mdrobl@tsrlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BRENDA EDWARDS,           ) | |
|                              ) | |
|     Plaintiff,           ) | |
| v.                                ) | Civil Action No.: |
|                              ) | 1:07-CV-2396-BBM-CCH |
| NIAGARA CREDIT SOLUTIONS,   ) | |
| INC., a New York Corporation,   ) | |
|                              ) | |
|     Defendant.          ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I am over 18 years of age and that I have served the foregoing document via the Court's ECF system on:

| James M. Feagle, Esq. | Kris Skaar, Esq. |
|---|---|
| 108 East Ponce de Leon Ave. | P.O. Box 1478 |
| Suite 204 | Marietta, GA 30060 |
| Decatur, GA 30030 | |

This 14th day of December, 2008.     By:     /s/ Michael D. Robl_____
                                                                             Michael D. Robl
                                                                             Georgia State Bar No. 610905
                                                                              Attorney for Defendant

104 Cambridge Avenue
Decatur, Georgia 30030
Telephone:  (404) 373-5153
Facsimile:  (404) 373-5159
E-mail:     mdrobl@tsrlaw.com