IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRENDA EDWARDS,<br>    Plaintiff,<br><br>v.<br><br>NIAGARA CREDIT SOLUTIONS,<br>INC, a New York Corporation,<br>    Defendant. | :<br>:<br>:<br>:   CIVIL ACTION FILE<br>:<br>:   NO. 1:07-CV-2396-CC<br>:<br>:<br>:<br>: |

**NOTICE OF SATISFACTION OF JUDGMENT**

COMES NOW PLAINTIFF, and files this notice acknowledging that the Judgments [docket nos. 22 and 31] entered in favor of Plaintiff, BRENDA EDWARDS, and against the Defendant, NIAGARA CREDIT SOLUTIONS, INC., have been satisfied in full.

Respectfully submitted,

                SKAAR & FEAGLE, LLP

by:   / s/ Kris Skaar
       Kris Skaar
       Attorney for Plaintiff
       Georgia Bar No. 649610

P.O. Box 1478 ● Marietta, GA 30061-1478
331 Washington Avenue ● Marietta, GA  30060
voice (770) 427 - 5600   ●   fax (404) 601 - 1855